

# Fourth Court of Appeals
## San Antonio, Texas

May 2, 2017

No. 04-17-00169-CV

Rufel L. **ESTRADA**,
Appellant

v.

Tatiana **ESTRADA**,
Appellee

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2010CI00328
Honorable Solomon Casseb, III, Judge Presiding

## O R D E R

Appellant filed a notice of appeal on March 15, 2017, and an affidavit of indigency on March 16, 2017. The court reporter, Kayleen Rivera, filed a motion to require the appellant to prove his inability to pay costs on appeal. *See* TEX. R. CIV. P. 145(f). On April 3, 2017, the trial court held an evidentiary hearing on the court reporter's motion, made findings, and ordered appellant to pay the costs of court, appeal, and preparation of the reporter's record.

On April 3, 2017, appellant filed a motion in this court seeking review of the trial court's order. *See id*. 145(g)(1). On April 13, 2017, the reporter's record from the hearing was filed. On April 21, 2017, a limited clerk's record was filed. We have reviewed the reporter's record, the clerk's record, and the trial court's order requiring appellant to pay the costs of court, appeal, and preparation of the reporter's record. The trial court's April 3, 2017 order is AFFIRMED. *See id*. 145(g)(4).

The clerk's record and the reporter's record are due on May 5, 2017.

_Karen Angelini_
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of May, 2017.



_____
Keith E. Hottle
Clerk of Court